```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 14278
   ANDIE JOHNSON
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-7428


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/02/2006 and was confirmed 01/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 02/25/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID           PAID
------------------------------------------------------------------------------
AMC MORTGAGE SERVICES      CURRENT MORTG          .00             .00           .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE       397.81             .00        397.81
RUBIN & LEVIN PC           NOTICE ONLY     NOT FILED             .00           .00
OPTION ONE MORTGAGE        CURRENT MORTG          .00             .00           .00
OPTION ONE MORTGAGE        MORTGAGE ARRE       629.76             .00        629.76
CODILIS & ASSOCIATES ^     NOTICE ONLY     NOT FILED             .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           956.30             .00         96.04
ECAST SETTLEMENT CORP      UNSECURED           670.63             .00         67.36
ECHELON RECOVERY INC       NOTICE ONLY     NOT FILED             .00           .00
US DEPT OF EDUCATION       UNSECURED              .00             .00           .00
MIDWEST VERIZON WIRELESS   UNSECURED           371.07             .00         37.27
NATIONAL ENTERPRISE SYST   NOTICE ONLY     NOT FILED             .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY           1109.73             .00       1109.73
VERONICA D JOYNER          DEBTOR ATTY       2,399.00                       2,399.00
TOM VAUGHN                 TRUSTEE                                            329.03
DEBTOR REFUND              REFUND                                                .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 5,066.00

PRIORITY                                        1,109.73
SECURED                                         1,027.57
UNSECURED                                         200.67
ADMINISTRATIVE                                  2,399.00
TRUSTEE COMPENSATION                              329.03
DEBTOR REFUND                                        .00
                        ---------------         ---------------
TOTALS                  5,066.00                5,066.00


               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 14278 ANDIE JOHNSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 05/23/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |